ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL - 5 2005
CLERK, U.S. DISTRICT COURT
By _____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MARY BELL, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 3:03-CV-2650-B |
| | ) |
| BANK OF AMERICA, | ) |
| Defendant. | ) |

## ORDER

After making an independent review of the pleadings, files, and records in this case and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are adopted as the Findings and Conclusions of the Court. Accordingly, Defendant Bank of America's Motion for Summary Judgment is GRANTED.

SIGNED AND ENTERED this 5th day of July, 2005.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE